■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN JIMENEZ, Appellant. [64 NYS3d 512]—

Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered June 24, 2014, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him, as a second felony offender, to a term of 12 years, unanimously affirmed.

The evidence was legally sufficient to establish that the injury inflicted by defendant when he slashed the victim across the face with a box cutter caused serious disfigurement, thereby satisfying the serious physical injury element of first-degree assault (*see People v McKinnon*, 15 NY3d 311, 315-316 [2010]). The People presented evidence that the victim sustained a laceration to the right side of his face that ran from his forehead to his jaw, and that the laceration resulted in a permanent scar, which the jury observed. "[V]iewed as a whole, and especially considering the prominent location of the wound on the face, [the evidence] support[s] the inference that at the time of trial the scar[ ] remained seriously disfiguring under the *McKinnon* standard" (*People v Coote*, 110 AD3d 485, 485 [1st Dept 2013], *lv denied* 22 NY3d 1198 [2014]).

We perceive no basis for reducing the sentence. Concur—Renwick, J.P., Manzanet-Daniels, Mazzarelli, Kahn and Moulton, JJ.